

# BENNEROTTE & ASSOCIATES, P.A.

*Helping you…when help is needed most.™*

TOM BENNEROTTE†
tom@bennerotte.com

JEFF MURRAY††
jeff@bennerotte.com

MICHAEL PHOENIX†††
michael@bennerotte.com

WADE RABENHORST††††
wade@bennerotte.com

VINCENT MOCCIO*
vince@bennerotte.com

DAN O'FALLON*
danofallon@bennerotte.com

†Also admitted in North Dakota
††Also admitted in Florida
†††Also admitted in Iowa
††††Also admitted in Nevada and Wisconsin
* Of Counsel

**Vincent J. Moccio, Esq.**
**Direct: 651-842-9257**
**Vincent@Bennerotte.com**

November 14, 2023

**Susan Richard Nelson**
**The Honorable United States Judge**
**U.S. District Courthouse**
**316 North Robert Street**
**St. Paul, MN 55101**

**SENT VIA ECF**

    Re: *Jeremy Allen v. Cheryl Piepho, et al.*, 21-CV-02689 – SRN/ECW

Dear Judge Nelson:

    After consideration of the issues presented by the Defendants' Motion for interlocutory appeal, Plaintiff has decided not to oppose said motion. I apologize for the late response. Thank you.

Sincerely,

**BENNEROTTE & ASSOCIATES, P.A.**

*s/ Vincent J. Moccio*

Vincent J. Moccio, Esq.

cc: benjamin.harringa@ag.state.mn.us