UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeremy James Allen,                                    Court File No. 21-cv-2689 (SRN/SGE)

        Plaintiff,

vs.

                                    **DEFENDANT'S NOTICE OF APPEAL**

Cheryl Piepho,

        Defendant.


Defendant Cheryl Piepho appeals to the United States Court of Appeals for the Eighth Circuit from the Order entered on May 29, 2026 (Doc. No. 236), denying Defendants' Motion for Summary Judgment.  Defendant Piepho specifically appeals the denial of qualified immunity.

***Signature is on the next page.***

Dated:  June 5, 2026

Respectfully submitted

KEITH ELLISON
Attorney General
State of Minnesota

s/ Michael Goodwin
JEFF TIMMERMAN
Atty. Reg. No. 0352561

MICHAEL GOODWIN
Atty. Reg. No. 0390244
Assistant Attorneys General

445 Minnesota Street, Suite 600
St. Paul, MN 55101-2125
(651) 583-7660 (Timmerman)
(651) 757-1456 (Goodwin)
jeffrey.timmerman@ag.state.mn.us
michael.goodwin@ag.state.mn.us

ATTORNEYS FOR DEFENDANT

|#6380924-v1